Appeals for the Second Circuit denied. *Mr. Herbert E. Rosenberg* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 158. HOWELL *v.* AMRINE, WARDEN, ET AL. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Kansas denied. *James E. Howell, pro se.*

No. 164. WRIGHT *v.* UNION CENTRAL LIFE INSURANCE Co. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Morton S. Hawkins* for petitioner. *Messrs. Arthur S. Lytton* and *Virgil D. Parish* for respondent.

No. 165. BULLOCK *v.* RIVES, SUPERINTENDENT. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. William J. O'Mahony* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost, Andrew F. Oehmann,* and *W. Marvin Smith* for respondent.

No. 166. BROWN ET AL. *v.* JOHNSTON, WARDEN. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.